**ORIGINAL**

1  CAROL C. LAM
   United States Attorney
2  ERNEST CORDERO, JR.
   Assistant U.S. Attorney
3  State of California Bar No. 131865
   Office of the U.S. Attorney
4  880 Front Street, Room 6293
   San Diego, CA 92101-8893
5  Telephone: (619) 557-7473

6  Attorneys for Defendant
   UNITED STATES OF AMERICA
7

FILED

2006 SEP 13  AM 9:22

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FELIX and LOUISE SPIEGLER,            )   Case No. 05cv0590-JM (AJB)
                                      )
              Plaintiffs,             )
                                      )   **STIPULATION FOR DISMISSAL AND**
       v.                             )   ▮▮▮▮▮▮▮▮ **ORDER   THEREON**
                                      )
UNITED STATES OF AMERICA,             )
                                      )   [Fed.R.Civ.P. 41(a)(1)(ii)]
              Defendant.              )
                                      )
_____)

1  **IT IS HEREBY STIPULATED** by the parties to this action, through their designated counsel, and pursuant to the terms of a separate Settlement Agreement, that the above-captioned case be, and hereby is, dismissed in its entirety with prejudice under Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own attorneys' fees and costs of suit.

DATED: July 24, 2006

JOSEPH T. DIBOS
Attorney for Plaintiffs

DATED: September 6, 2006

CAROL C. LAM
United States Attorney

ERNEST CORDERO, JR.
Assistant U.S. Attorney
Attorneys for Defendant

## ORDER

**IT IS HEREBY ORDERED** that the above-captioned case be, and hereby is, dismissed in its entirety with prejudice under Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own attorneys' fees and costs of suit.

DATED: 9/12/06

HON. JEFFREY T. MILLER
Judge of the District Court